UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                   CASE NO : 07-15491-LMI

NAYDEAN GUSTAVE,                                         CHAPTER 13
a/k/a NADYNE GUSTAVE,

      Debtor
_____/

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective November 1, 2007 the Law Firm of Sax, Willinger & Gold, has moved from 6625 Miami Lakes Drive, Suite 217, Miami Lakes, FL 33014 to:

      5801 N.W. 151 Street
      Suite 307
      Miami Lakes, FL 33014
      Telephone No.: (305) 591-1040
      Facsimile No.: (305) 357-9788

I HEREBY CERTIFY that a true and exact copy of the foregoing was mailed on November 29, 2007 to: Naydean Gustave, 1780 N.E. 191st Street, C2 700, Miami, FL 33179; and the following parties were served by Notice of Electronic transmission on the 29th day of November, 2007 to Christian J. Olson, Esq., 2800 W. Oakland Park Blvd., Suite 301, Oakland Park, FL 33311; Nancy N. Herkert, Chapter 13 Trustee, p.o. Box 279806, Miramar, FL 33027 and U.S. Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130.

      SAX, WILLINGER & GOLD
      Attorney for Creditor Anthony Lapuma and
      Manya Ellert Lowman
      5801 N.W. 151 Street, Suite 307
      Miami Lakes, FL 33014
      (305) 591-1040

      _____
      STUART M. GOLD